Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

Civil Division

Thomas Joseph DeLeon SR

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

THE COUNTY OF ADAMS; SHERIFF Deputy Holguin; Sheriff Sgt. J.M. Cook; "JOHN DOE TOWING" Company;

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas Joseph De Leon SR |
| Address | 1610 Boulder Street, # 111 |
| | Denver     CO     80211 |
| | *City*     *State*     *Zip Code* |
| County | DENVER |
| Telephone Number | 616-309-3186 |
| E-Mail Address | mynameissweett@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE COUNTY OF ADAMS (Stated hereafter as "COUNTY") |
| Job or Title *(if known)* | County Municipality (for its Agency 'Adams sheriff Dept') |
| Address | 4201 East 72nd Avenue |
| | Commerce City     CO     80022 |
| | *City*     *State*     *Zip Code* |
| County | ADAMS |
| Telephone Number | 720-322-1113 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sheriff Holguin (stated hereafter as "Holguin") |
| Job or Title *(if known)* | Sheriff Deputy for Adams County Sheriffs Department |
| Address | 4201 East 72nd Avenue |
| | Commerce City     CO     80022 |
| | *City*     *State*     *Zip Code* |
| County | ADAMS |
| Telephone Number | 720-322-1113 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| Defendant No. 3 | | | |
|---|---|---|---|
| Name | SGT. J. M. Cook | | |
| Job or Title *(if known)* | SGT. with adams County Sheriffs Department | | |
| Address | 4201 East 72nd Avenue | | |
| | Commerce City | CO | 80022 |
| | *City* | *State* | *Zip Code* |
| County | ADAMS | | |
| Telephone Number | 720-869-4405 | | |
| E-Mail Address *(if known)* | | | |

☑ Individual capacity    ☐ Official capacity

(or "Apt services")

| Defendant No. 4 | | | |
|---|---|---|---|
| Name | "JOHN DOE" TOWING (stated hereafter as "JOHN DOE TOWING' | | |
| Job or Title *(if known)* | TOWING Company)contracting with Adams County Municipality | | |
| Address | unknown possibly 4400 Delaware st | | |
| | unknown Denver | CO | 80216 |
| | *City* | *State* | *Zip Code* |
| County | unknown possibly Denver | | |
| Telephone Number | unknown possibly 303 - 455 - 1264 | | |
| E-Mail Address *(if known)* | unknown | | |

☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 1st Amendment Rights to Peaceably Aseemble and right to Petition for Redress of Grievances; 4th Amendment right to be free from unreasonable seizure; 5th Amendment Due Process and Equal Protection of the laws and the rights to life, liberty and pursuit of happiness; 6th Amendment; 8th Amendment; 9th Amendment; 10th Amendment; 14th Amendment; 49 CFR part 211 49 CFR 303.1-303.3; 49 CFR 390.5; 49 CFR 390.39; CO STAT 42-2-102(b);

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant acted allegedly according to 42-4-603, 42-3-113(6), 42-2-101(1) at the direction of Sheriff Sgt. J.M. Cook. [See dashcam, body cams]

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Adams County Public Highway Transportation System

B.    What date and approximate time did the events giving rise to your claim(s) occur?
6/04/24 approximately 5:20 pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. On 6/04/24, I was operating an "Implement of Husbandry" or "Covered Farm Vehicle" [CO STAT 42-2-102(44a); 49 CFR 390.5; 49 CFR 390.39], and I informed both sheriffs of such information. to which they willfully wontonly and negligently maliciously disregarded after being put on notice.

2. I was pulled over for allegedly "failing to obey traffic control Device", continually detained for allegedly "Driving While License Suspended", and further charged with "registration not in vehicle". After I specifically offered such information to the sheriffs but they would not wait for my digital scans to load in my phone.

3. Sherriffs told me to step out of the vehicle, after asserting my rights, they conducted a "Terry pat" then told me my vehicle was going to be impounded and they did not care what I had to say and that my assertions were opinions and not statutes regardable. The Sheriffs Department will not tell me where my vehicle is nor will they grant me any ability to contest the lawfullness of the impound.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

INFLICTION OF INTENTIONAL EMOTIONAL DISTRESS. I have a chronic medical condition which is triggered by mild fluxuation of atmospheric pressue, temperature, stress. The condition is called "Chronic Idiopathic Urticaria, such above stated conditions cause me to break out in hives and eventually anaphalxys. The sheriffs knew I live in my car and I properly asserted my rights but non the less used their badges to feloniously commit " Grant Theft Auto by conversion". I have been experiencing an increase in breakthrough symptoms since the incident (hives). Without my car I cannot keep my medicine safe nor my body.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Im out 1-2 roof contracts due to this encounter which cost me a minimum of $12,000 in damages, plus the same amount of damages for each day my car is in impound due to loss of transportation needed for farming operations such as the preservation of agricultural products and property.

It is requested to be ordered this court grant me injunction and exercise supplemental jurisdiction because any and all state law claims will be from the same common nucleus of operative facts and or events, and submit to a jury for "Declaratory Relief" of "Punitive Damages" for violations of 42 U.S.C. 1981, 42 USC 1983, 49 CFR part 21; 49 CFR 303.1 .

It is requested to be ordered this court grant my Ex Parte Application to release my "2003 Chevrolet Blazer Station Wagon w/ 4 Wheel Drive" Vehicle immediately without cost or up front costs being a factor, [such as at worst allow payment plan].

It is requested the Criminal Case which has not yet been brought forth to my knowledge to the courts, to be consolidated to this case and/or to be vacated upon its inception as far as the information of "Driving While License Suspended". And remand the proceeding to state court for any remaining charges. AND OR an order for the ADAMS COUNTY SHERIFFS DEPARTMENT to Cease and Desist from charging people with DWLS while operating an implement of husbandry.

It is requested Summary Judgement of reasonable costs of missing work During hail season at the value of Contracts lost, or National Average For Roofing Contracts as project Manager, or Commission.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/07/24

Signature of Plaintiff    *Thomas Joseph De Leon Sr*

Printed Name of Plaintiff    Thomas Joseph De Leon SR

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address